**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-00220 WHA |
| Plaintiff, | |
| v. | **ORDER RE LETTER DATED JANUARY 9, 2007** |
| STEPHANIE LANDA, | |
| Defendant. | |

After receiving a letter from defendant's counsel dated January 9, 2007, the Court requested that the Marshals investigate the allegations contained therein. Copies of the Marshals' report following the investigation and counsel's letter are attached as Exhibit 1. The Court notes that the Ninth Circuit recently denied defendant's emergency motion for electronic monitoring pending designation of a federal facility. No further action is necessary. The Clerk should serve a copy of this order and the Marshals' report on defendant's counsel.

**IT IS SO ORDERED.**

Dated: January 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE